# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| JOSE VICENTE URGILEZ | CIVIL ACTION NO. 25-2047 SEC P |
| VERSUS | JUDGE EDWARDS |
| SCOTT LADWIG ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT OF DISMISSAL

Considering Petitioner's Motion to Voluntary Dismiss Habeas Petition (R. Doc. 10),

**IT IS ORDERED** that the Verified Petition of Habeas Corpus (R. Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE** in the above described action.

**THUS DONE AND SIGNED** in Chambers this 2nd day of February, 2026.

_____
JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE